LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Joseph Lombardo, Jennifer Wood and*
*Doris Hearrington (erroneously sued as Doris Hearington)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES HAYES , <br><br> Plaintiff, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> Defendants. | Case No.:   2:20-cv-02048-KJD-BNW <br><br> **STIPULATION TO STAY DISCOVERY** <br> **[ECF No. 17]** |

Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, Jennifer Wood, and Doris Hearrington ( "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff Charles Hayes ("Plaintiff"), by and through his Counsel Na'Shaun L. Neal of PLC Law Group, hereby stipulate as follows:

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2797186_1.docx  6943.230

Page 1 of 3

1) Discovery shall be stayed pending ruling on the Plaintiff's Motion for Multidistrict Litigation Treatment ("MDL Motion"), [ECF No. 20];

2) The discovery stay shall include all discovery including serving and responding to any written discovery (e.g., Interrogatories, Requests for Production of Documents, Requests for Admissions, Third-Party Subpoenas), taking any depositions, and the disclosure of any expert and rebuttal expert reports.

3) The parties agree that the stay shall also extend to the deadline to file dispositive motions.

4) The parties will submit a new proposed Discovery Plan to the Court within 14 days of a ruling on Plaintiff's MDL Motion and, upon the Court approving the Discovery Plan, the stay will be lifted. The new Discovery Plan will include deadlines to amend pleadings, designate experts, conduct discovery, and file dispositive motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2797186_1.docx  6943.230

Page 2 of 3

5) The stay is only affecting this instant case and has no bearing upon the Eastern District of California matter. *See Hayes v. Kern County,* 1:19-cv-0 1722-JLT.

DATED this <u>8th</u> day of April, 2021.

| KAEMPFER CROWELL | PLC LAW GROUP |
|---|---|
| By: */s/ Ryan W. Daniels*<br>LYSSA S. ANDERSON (5781)<br>RYAN W. DANIELS (13094)<br>KRISTOPHER J. KALKOWSKI (14892)<br>1980 Festival Plaza Drive, Ste 650<br>Las Vegas, Nevada 89135<br><br>***Attorneys for Defendants Las Vegas Metropolitan Police Department, Joseph Lombardo, Jennifer Wood and Doris Hearrington*** | By: */s/ Na'Shaun L. Neal*<br>Na'Shaun L. Neal (*Pro Hac Vice*)<br>3756 Santa Rosalia Dr., Ste. 326<br>Los Angeles, CA  90008<br><br>– AND –<br><br>Jordan P. Schnitzer (10744)<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Rd., Ste. 240<br>Las Vegas, NV  89148<br><br>***Attorneys for Plaintiff Charles Hayes*** |

## ORDER

IT IS ORDERED that on the basis of good cause the parties' stipulation is GRANTED. Discovery in this matter is STAYED pending a decision on plaintiff's motion for multidistrict litigation ("MDL") treatment. The deadline for dispositive motions is likewise stayed. And the parties' proposed discovery plan and scheduling order is due 14 days after a decision on plaintiff's MDL motion. Finally, this stay affects the instant case only.

IT IS FURTHER ORDERED that a joint status report concerning the status of the MDL motion is due on 7/13/2021 and every three months thereafter.

**IT IS SO ORDERED**

**DATED:** 12:22 pm, April 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2797186_1.docx  6943.230

Page 3 of 3