LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Joseph Lombardo, Jennifer Wood and*
*Doris Hearrington (erroneously sued as Doris Hearington)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES HAYES,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>            Defendants. | Case No.:   2:20-cv-02048-KJD-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Joseph Lombardo, Jennifer Wood, and Doris Hearrington (collectively "LVMPD Defendants"), by and through their counsel, Lyssa S. Anderson and Kristopher J. Kalkowski from the law firm of Kaempfer Crowell, and Plaintiff, Charles Hayes, by and through his counsel, Peter C. Carr, IV (Pro Hac Vice), Na'Shaun L. Neal (Pro Hac Vice), of the law firm PLC Law Group and Jordan P. Schnitzer of The Schnitzer Law Firm, that all of Plaintiff's claims against the Defendant Joseph Lombardo are hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.  In light of this

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3205077_1.docx  6943 230

Page 1 of 2

Stipulation to dismiss Defendant Joseph Lombardo, the currently pending Motion for Judgment on the Pleadings, (ECF No. 29), shall be denied as moot.

DATED this 15th day of August, 2022.

KAEMPFER CROWELL

By: /s/ Kristopher J. Kalkowski
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Dr., Ste. 650
Las Vegas, Nevada 89135

*Attorneys for Defendants
Las Vegas Metropolitan Police
Department, Joseph Lombardo,
Jennifer Wood and Doris Hearrington*

DATED this 15th day of August, 2022.

PLC LAW GROUP

By: /s/ Na'Shaun L. Neal
Peter C. Carr, IV (*Pro Hac Vice*)
Na'Shaun L. Neal (*Pro Hac Vice*)
3756 Santa Rosalia Dr., Ste. 326
Los Angeles, CA 90008
-and-
Jordan P. Schnitzer
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Rd., Ste. 240
Las Vegas, NV 89148

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

Dated this 18th day of August, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3205077_1.docx  6943 230

Page 2 of 2