NA'SHAUN L. NEAL
*Admitted Pro Hac Vice*
**PLC LAW GROUP, APC**
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone:  (310) 400-5890
Facsimile:    (310) 400-5895
nneal@thePLClawgroup.com

JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
Attorneys for Plaintiff Charles Hayes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES HAYES , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> Defendants. | Case No.:   2:20-cv-02048-KJD-BNW <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE FOR LVMPD DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 41, 42, 43]** <br> **(First Request)** |

Defendants Las Vegas Metropolitan Police Department, Jennifer Wood, and Doris

Hearringon (collectively "LVMPD Defendants"), and Plaintiff Charles Hayes stipulate and agree to extend the briefing schedule for LVMPD Defendants' Motions for Summary Judgment, (ECF Nos. 41, 42, 43):

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Responsive Brief | September 6, 2022 | September 13, 2022 |
| Reply Brief | September 20, 2022 | September 28, 2022 |

Good cause supports the limited requested extension of the briefing schedule because Plaintiff's counsel is unavailable on dates immediately before the current Response deadline due to pre-planned continuing education training with his law firm, which will occur for 5 days from Thursday, September 1 – Monday, September 5, 2022.  The requested extension of discovery deadlines in this case will allow Plaintiff to have the time to provide a meaningful opposition to the motions for summary judgment.

In sum, this request for an extension is made in good faith and joined by all the parties. Trial is not yet set in this matter.  Accordingly, an extension will not delay the resolution of this case on its merits.  And, since this request is a jointly submitted, neither party will be prejudiced.

| | |
|---|---|
| Dated this ___ day of September, 2022. | Dated this ___ day of September, 2022. |
| /s/ Na'Shaun L. Neal | /s/ |
| Peter C. Carr, IV (*Pro Hac Vice*) <br> Na'Shaun L. Neal (*Pro Hac Vice*) <br> PLC LAW GROUP <br> 3756 Santa Rosalia Dr., Ste. 326 <br> Los Angeles, CA  90008 <br> (310) 400-5890 ph <br> (323) 400-5895 fax <br> pcarr@theplclawgroup.com <br> nneal@theplclawgroup.com <br><br> Jordan P. Schnitzer (NV Bar No. 10744) <br> THE SCHNITZER LAW FIRM <br> 9205 W. Russell Rd., Ste. 240 <br> Las Vegas, NV  89148 <br> (702) 960-4050 ph <br> (702) 960-4092 fax <br> jordan@theschnitzerlawfirm.com <br> **Counsel for Plaintiff** | Lyssa S. Anderson (NV Bar No. 5781) <br> Kristopher J. Kalkowski (NV Bar No. 14892) <br> KAEMPFER CROWELL <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada  89135 <br> ***Attorneys for Defendants*** <br> ***Las Vegas Metropolitan Police Department,*** <br> ***Joseph Lombardo, Jennifer Wood and Doris Hearrington*** |

**IT IS SO ORDERED.**

Dated this  8th   day of September, 2022.

_____
**UNITED STATES DISTRICT JUDGE**