LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Jennifer Wood and Doris Hearrington*
*(erroneously sued as Doris Hearington)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES HAYES , <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> Defendants. | Case No.:   2:20-cv-02048-KJD-BNW <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE FOR LVMPD DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** <br> **[ECF Nos. 41, 42, 43]** <br> (Third Request) |

Defendants Doris Hearrington, Jennifer Wood, and the Las Vegas Metropolitan Police Department (collectively, LVMPD Defendants), by and through their counsel, Kaempfer Crowell, and Plaintiff Charles Hayes, through his counsel, the PLC Law Group, stipulate and agree to extend the deadline for LVMPD Defendants to file their Replies in support of the Motions for Summary Judgment, (ECF Nos. 41, 42, 43), by three days—from the current deadline of October 12, 2022, to October 14, 2022.

The parties previously stipulated to two extensions of the deadline for Plaintiff to file his Responses opposing summary judgment, with the most recent extension occurring in light of

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20221011 Hayes - Stipulation to Reply Deadline for MSJ   6943.230

Page 1 of 2

Plaintiff's counsel becoming ill. (Order 2:8–9, ECF No. 49); (Order, ECF No. 47). Following Plaintiff's filing of his Response, (ECF No. 50), on September 20 2022, LVMPD Defendants' counsel has been diligent in drafting Replies in support of summary judgment. However, briefing has involved a large amount of exhibits and case law; and counsel has not been able to fully address all issues and evidence included in Plaintiff's Response by the current deadline of October 12, 2022. Accordingly, good cause supports this request for a three-day extension of time as required by Local Rule 6-1 and Federal Rule of Civil Procedure 6 because it will ensure that the Court has adequate briefing on all issues and can properly address the merits of claims and defenses. Neither party will be prejudiced from this extension.

Dated this 11th day of October, 2022.

/s/ Na'Shaun L. Neal

Peter C. Carr, IV (*Pro Hac Vice*)
Na'Shaun L. Neal (*Pro Hac Vice*)
PLC LAW GROUP
3756 Santa Rosalia Dr., Ste. 326
Los Angeles, CA 90008
(310) 400-5890 ph
(323) 400-5895 fax
pcarr@theplclawgroup.com
nneal@theplclawgroup.com

Jordan P. Schnitzer (NV Bar No. 10744)
THE SCHNITZER LAW FIRM
9205 W. Russell Rd., Ste. 240
Las Vegas, NV 89148
(702) 960-4050 ph
(702) 960-4092 fax
jordan@theschnitzerlawfirm.com
*Attorneys for Plaintiff*

Dated this 11th day of October, 2022.

/s/ Lyssa S. Anderson

Lyssa S. Anderson (NV Bar No. 5781)
Kristopher J. Kalkowski (NV Bar No. 14892)
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department, Joseph Lombardo, Jennifer Wood and Doris Hearrington*

**IT IS SO ORDERED.**

Dated this 11th day of October 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20221011 Hayes - Stipulation to Reply Deadline for MSJ   6943.230

Page 2 of 2